UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ANDREW RUSSO,
                        Petitioner,

      — against —

JOHN ASHCROFT,
                       Respondent.
----------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

Civil Action
No. 03-2933

(Ross, J.)

    IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that this action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party is to bear its own costs, fees, including attorney's fees, and disbursements. The previously-entered stay of removal is lifted, and United States Immigration and Customs Enforcement will proceed with enforcing the Petitioner's removal from the United States. The Clerk shall issue a judgment closing this case.

Dated: New York, New York
_____1/9_____, 2006

JONATHAN SVETKEY, ESQ
Attorney for Petitioner
21 East 40th Street, Suite 1800
New York, NY 10016
tel: 212-679-8999

ANDREW RUSSO
Petitioner

SO ORDERED:
Dated: Brooklyn, New York
_____, 2006

Dated: Brooklyn, New York
_____1/11/06_____, 2006

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
Attorney for Respondent
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

By: _____Margaret Kolbe by SGH_____
MARGARET KOLBE (MK2942)
Assistant United States Attorney
(718) 254-6039

_____
HONORABLE ALLYNE R. ROSS
United States District Judge