UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW RUSSO,

                      Petitioner,

-against-

JOHN ASHCROFT,

                      Respondent.
------------------------------------------------------------------X

JUDGMENT
03-CV-2933 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 25 2006 ★

P.M. _____
TIME A.M. _____

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 19, 2006, dismissing this action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; directing that each party is to bear its own costs, fees, including attorney's fees, and disbursements; lifting the previously-entered stay of removal; and the United States Immigration and Customs Enforcement will proceed with enforcing the petitioner's removal from the United States; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that this action and all claims arising therefrom are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; that each party is to bear its own costs, fees, including attorney's fees, and disbursements; that the previously-entered stay of removal is lifted; and that the United States Immigration and Customs Enforcement will proceed with enforcing the petitioner's removal from the United States.

Dated: Brooklyn, New York
       January 20, 2006

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court